UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 89-8269-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               **SATISFACTION OF JUDGMENT**

PAMELA WRIGHT,

        Defendant.
_____/

    KNOW ALL MEN BY THESE PRESENTS, that I, NEWMAN & MARQUEZ, P.A., Attorney of Record for the Plaintiff in the above-styled cause, wherein a Judgment in the sum of $6,515.22 was recorded on 11/19/1997 in Official Records Book 10092, at Page 1204, of the Public Records of Palm Beach County, Florida, said Judgment being duly recorded in the minutes of said Court, do hereby consent that the same shall be satisfied of record.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to PAMELA WRIGHT, 1302 PROSPECT STREET, DELRAY BEACH, FL 33444 on this 5 day of September, 2017.

WITNESSES:

_____
ROBIN WILLIAMS

_____
DIANA JARAMILLO

_____
Jennifer Margolis Marquez (FBN 0770701)
NEWMAN & MARQUEZ, P.A.
Attorneys for Plaintiff
1533 Sunset Dr., Suite 225
Coral Gables, Florida 33143
Tel. (305) 665-9633

STATE OF FLORIDA)
COUNTY OF MIAMI-DADE)SS:

    The foregoing satisfaction was acknowledged by Jennifer Margolis Marquez, who is personally known to me, who took an oath, and who acknowledged executing this Satisfaction of Judgment in the presence of two subscribing witnesses freely and voluntarily on this 5 day of September, 2017.

_____
Notary Public, State of Florida

My Commission Expires:
GCD

GAIL DEMBROW
Commission # FF 988774
Expires June 28, 2020
Bonded Thru Troy Fain Insurance 800-385-7019